```
               IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION


CATHERINE SIMMONS,                  *

        Plaintiff                   *
                                           CASE NO. 4:06-CV-94 (CDL)
vs.                                 *

Michael J. Astrue, Commissioner     *
of Social Security
                                    *
        Defendant
                                    *
```

ORDER ON RECOMMENDATION

After a *de novo* review of the record in this case, the Recommendation of the United States Magistrate Judge filed December 31, 2007 has been read and considered and is hereby approved, adopted, and made the Order of the Court. Accordingly, the Plaintiff's Motion for Attorney's Fees is granted.

IT IS SO ORDERED, this 4th day of February, 2008.


                                    S/Clay D. Land
                                       CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE